**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MARK PRITCHARD                                                                    PETITIONER
REG #15367-026

2:12CV00042 SWW/HDY

T.C. OUTLAW                                                                      RESPONDENT
Warden, FCI–Forrest City

**<u>ORDER</u>**

Petitioner Mark Pritchard has filed a petition for a writ of *habeas corpus*, and paid the $5.00

filing fee (docket entry #5).

The clerk will serve a copy of the petition, and this order, on the respondent and the United

States Attorney by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity

with  Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within

twenty-one (21) days after service of this petition, exclusive of the day of service.

The Court directs the respondent to include in the response the following documents or

information:

1.      The judgment of conviction;

2.      the docket sheet from the sentencing court evidencing the
        history of the proceedings;

3.      any order or opinion from the Court of Appeals dismissing a
        direct appeal by petitioner or affirming petitioner's
        conviction, or a citation to such order or opinion;

4.      any order of the district court dismissing a § 2255 motion to
        vacate or § 2241 petition filed by petitioner; and

5.      any order or opinion from the Court of Appeals dismissing an
        appeal by petitioner from the denial of § 2255 or §2241 relief
        or affirming the denial of a §2255 motion or § 2241 petition,
        or a citation to such order or opinion.

1

IT IS SO ORDERED this  20   day of March, 2012.

UNITED STATES MAGISTRATE JUDGE