**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MARK PRITCHARD                                                                              PETITIONER
REG #15367-026

2:12CV00042 SWW/HDY

T.C. OUTLAW                                                                                      RESPONDENT
Warden, FCI–Forrest City

**ORDER**

Petitioner Mark Pritchard has filed a petition for a writ of *habeas corpus*, and paid the $5.00 filing fee (docket entry #5).

The clerk will serve a copy of the petition, and this order, on the respondent and the United States Attorney by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty-one (21) days after service of this petition, exclusive of the day of service.

The Court directs the respondent to include in the response the following documents or information:

1. The judgment of conviction;

2. the docket sheet from the sentencing court evidencing the history of the proceedings;

3. any order or opinion from the Court of Appeals dismissing a direct appeal by petitioner or affirming petitioner's conviction, or a citation to such order or opinion;

4. any order of the district court dismissing a § 2255 motion to vacate or § 2241 petition filed by petitioner; and

5. any order or opinion from the Court of Appeals dismissing an appeal by petitioner from the denial of § 2255 or §2241 relief or affirming the denial of a §2255 motion or § 2241 petition, or a citation to such order or opinion.

IT IS SO ORDERED this  20   day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE