**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MARK PRITCHARD, Reg. #15367-026,    *
    *
        PETITIONER,    *
    *
v.    *
    *    No. 2:12-cv-00042-SWW-JJV
T. C. OUTLAW, Warden, FCI Forrest City,    *
Arkansas,    *
    *
        RESPONDENT.    *

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan Webber Wright.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

1

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional

evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

## I.      BACKGROUND

On February 25, 2008, Mark Pritchard pled guilty to three counts of distributing cocaine base

in the United States District Court for the Central District of Illinois .  (Doc. No. 13-2 at 1.)  He was

sentenced to 188 months of imprisonment and six years of supervised release.  (*Id.* at 2-3.)  Mr.

Pritchard's counsel filed a timely notice of appeal (Doc. No. 13-2 at 1) and an *Anders* brief[1] stating

he could not find a non-frivolous issue to pursue on appeal.  (*Id.* at 2.)  The court of appeals affirmed

Mr. Pritchard's convictions.  (*Id.*)

On May 31, 2011, Mr. Pritchard filed a motion to vacate, set aside or correct a sentence

pursuant to 28 U.S.C. § 2255, challenging various aspects of his sentence.[2]  The district court denied

the motion on September 6, 2011, (*Id.*), and Mr. Pritchard filed the instant Petition for Writ of

Habeas Corpus on March 14, 2012.  (Doc. No. 1.)

## II.     DISCUSSION

---

[1]*Anders v. California*, 386 U.S. 738 (1967).

[2]*Pritchard v. United States*, No. 3:11cv03154-SEM (C.D. Ill.) (Doc. No. 1).

After careful review of the Petition, the Court concludes that it lacks jurisdiction to consider these claims.  Mr. Pritchard's claims challenging his conviction and sentence may only be done through a petition pursuant to 28 U.S.C. § 2255.  *See Lopez-Lopez v. Sanders*, 590 F.3d 905, 907 (8th Cir.  2010)("A federal inmate generally must challenge a conviction or sentence through a § 2255 motion.").   Because the United States District Court for the Central District of Illinois imposed Pritchard's sentence, it alone has jurisdiction to consider the instant claims.  Furthermore, Pritchard's § 2241 Petition cannot be excused under the savings clause of § 2255 as Pritchard has not met his "burden of showing that the remedy [under § 2255] is inadequate or ineffective." *Lopez-Lopez,* 590 F.3d at 907.

## III.    CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1.      Mr. Pritchard's Petition for Writ of Habeas Corpus (Doc. No. 1) be DISMISSED without prejudice.

DATED this 2nd day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE