**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| MARK PRITCHARD, Reg. #15367-026, | * |
| | * |
| PETITIONER, | * |
| v. | * |
| | *   No. 2:12-cv-00042-SWW-JJV |
| T. C. OUTLAW, Warden, FCI Forrest City, Arkansas, | * |
| | * |
| | * |
| RESPONDENT. | * |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

Mr. Pritchard's Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

SO ORDERED this 23rd day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE