IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK PRITCHARD, Reg. #15367-026, | * | |
| | * | |
| PETITIONER, | * | |
| v. | * | |
| | * | No. 2:12-cv-00042-SWW-JJV |
| T. C. OUTLAW, Warden, FCI Forrest City, Arkansas, | * | |
| | * | |
| | * | |
| RESPONDENT. | * | |

# JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 23rd day of May, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE